[No. 48567-9-I.  Division One.  September 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON T. PUTNAM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01458-3, Linda C. Krese, J., entered May 17, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 49320-5-I.  Division One.  September 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW ROARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01500-8, Cheryl B. Carey, J., entered October 5, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49524-1-I.  Division One.  September 3, 2002.]

ROKAN PARTNERS, *Appellant*, v. HTK MANAGEMENT, L.L.C., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-11673-8, Palmer Robinson, J., entered November 7, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 49527-5-I.  Division One.  September 3, 2002.]

MYRNA PETERSEN, *Appellant*, v. BOYD RAYFIELD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-09642-9, James A. Doerty, J., entered October 12, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Becker, C.J., concurred in by Coleman and Schindler, JJ.